UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION<br><br>   Plaintiff,<br><br>v.<br><br>MCNAUGHTON-MCKAY<br>ELECTRIC COMPANY<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:18-CV-10213-GAO<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all claims, counterclaims and cross-claims which were or which could have been asserted herein, with prejudice and without fees or costs to any party. Appeal waived.

Respectfully submitted,

COGNEX CORPORATION

By its attorneys,

*/s/ Jeffrey E. Francis*
Jeffrey E. Francis (BBO # 639944)
jfrancis@pierceatwood.com
Michael Derderian (BBO #682757)
mderderian@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA 02110
(617) 488-8100

Respectfully submitted,

MCNAUGHTON-MCKAY
ELECTRIC COMPANY

By its attorneys,

*/s/ Steven W. Kastan*
Steven W. Kastan (BBO #559576)
skasten@lcs-llp.com
LOONEY COHEN & AISENBERG LLP
33 Broad Street, 6th Floor
Boston, MA 02109
(617) 371-1050

-and-

{W6727060.1}

/s/ *Edward J. Hood*
Edward J. Hood (pro hac vice granted)
ehood@clarkhill.com
CLARK HILL PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226
(313) 965-8300

DATED:    June 1, 2018

## CERTIFICATE OF SERVICE

I hereby certify that, on June 1, 2018, I filed a copy of the above-document with the Court's EM/ECF System, which will distribute a copy of the document to all counsel of record.

/s/ *Jeffrey E. Francis*
Jeffrey E. Francis

Dated: June 1, 2018

{W6727060.1}